UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE AC DOE,<br><br>                  Plaintiff,<br><br>        v.<br><br>THE CHURCH OF JESUS CHRIST OF<br>LATTER-DAY SAINTS, *et al.*,<br><br>                  Defendants. | Case No. 1:25-cv-02017-KES-CDB<br><br>ORDER DIRECTING PLAINTIFF'S<br>COUNSEL TO FILE SUPPLEMENTAL<br>DECLARATION<br><br>(Doc. 27)<br><br>**<u>Deadline:  May 29, 2026</u>** |

**<u>Background</u>**

Plaintiff Jane AC Doe commenced this action in state court with the filing of a complaint against Defendants The Church of Jesus Christ of Latter-Day Saints ("the Church"), Temple Corporation of the Church of Jesus Christ of Latter-Day Saints ("the Temple"), Corporation of the President of The Bakersfield California Stake ("Bakersfield Stake") (collectively, Defendants"), and Santa Barbara California Stake of The Church of Jesus Christ of Latter-day Saints. *See* (Doc. 1).  The Church and the Temple removed the action to this Court on December 26, 2026.

On April 30, 2026, counsel for Defendants contacted the Court to report that the parties' good faith efforts to resolve the issue of Plaintiff's non-appearance at a deposition had been unsuccessful and requested to convene for an informal discovery dispute conference.  (Doc. 21).

1

On May 6, 2026, the Court convened with the parties on the record via Zoom videoconference to address the discovery dispute.  (Doc. 24).  Thereafter, the Court issued an order directing Plaintiff to file a declaration attesting to the reasons for her failure to appear for a noticed deposition.  (Doc. 25).

On May 27, 2026, instead of procuring a declaration from Plaintiff consistent with the Court's order, counsel for Plaintiff Pinar Kermani filed an unsigned declaration, stating that counsel is "currently in the process of verifying the reason for Plaintiff's non-appearance." (Doc. 27).  The declaration does not provide any further details as to counsel's efforts thereto and requests an extension of time to complete the inquiry and file a supplemental report.  *See id.*

**Discussion**

First, counsel's declaration is unsigned in violation of the Local Rules.  *See* Local Rule 131.  Second, the declaration contains no details whatsoever regarding counsel's attempts to contact Plaintiff in connection with the Court's order to procure her declaration, such as when any such attempts were made, the medium of transmission, and whether counsel received any response from Plaintiff.  The declaration is devoid of any details that would permit the Court to ascertain counsel's diligence and states only that counsel is "currently in the process of verifying the reasons" for Plaintiff's failure to appear for a deposition and has "not yet been able to confirm the specific circumstances that led to Plaintiff's failure to appear."  (Doc. 27 at 2).  Thus, counsel's declaration fails to comply with the Court's order.  *See* (Doc. 25).

The Court will therefore direct Plaintiff's counsel to file a supplemental declaration.  The supplemental declaration must be signed and sworn under penalty of perjury and must set forth the details of all efforts counsel has made to contact Plaintiff to obtain the information ordered by the Court.  Counsel is admonished to comply with all applicable Local Rules for all future filings.

**Conclusion and Order**

Based on the foregoing, IT IS HEREBY ORDERED that **no later than tomorrow (May 29, 2026)**, counsel for Plaintiff SHALL file either (1) a declaration by Plaintiff consistent with the Court's earlier order (*see* Doc. 25), or (2) a supplemental declaration, signed and sworn under penalty of perjury, setting forth the details of all efforts counsel has made to contact Plaintiff to

obtain the information ordered by the Court (*see* Doc. 25), and in particular when any such attempts were made, the medium of transmission, and whether counsel received any response from Plaintiff.

**Any failure by Plaintiff to timely respond to this Order will result in the imposition of sanctions, up to and including a recommendation to dismiss this action.**

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE