UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE AC DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CHURCH OF JESUS CHRIST OF<br>LATTER-DAY SAINTS, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-02017-KES-CDB<br><br>ORDER GRANTING REQUEST TO SEAL<br>DOCUMENTS<br><br>(Doc. 29-1)<br><br>**5-Day Deadline** |

**Background**

Pending before the Court is the notice and request to seal documents by counsel for Plaintiff (Doc. 29-1), filed and lodged with the Court on May 28, 2026, in connection with counsel's motion to withdraw (Doc. 22).  Plaintiff's counsel represents that the document to be sealed (the declaration of attorney for Plaintiff Pinar Kermani) contains sensitive information regarding Plaintiff Jane AC Doe, who is proceeding under pseudonym.  Counsel represents that publication of this information would undermine the protections afforded by proceeding under pseudonym and expose Plaintiff Doe to possible harassment.  Counsel states that they have filed a redacted copy of the declaration of Attorney Kermani on the record, in furtherance of maintaining public access while protecting Plaintiff Doe's interests in proceeding under pseudonym, and that the request was served upon all parties.  *See* (Doc. 29-1).  Defendants did not file any opposition to the request to seal and the time to do so has passed.

1

**Governing Authority**

Under the First Amendment, the press and the public have a presumed right of access to court proceedings and documents. *See generally Press-Enterprise Co. v. Super. Ct.*, 464 U.S. 501, 510 (1985); *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016); *cf. Olympic Ref. Co. v. Carter*, 332 F.2d 260, 264 (9th Cir. 1964) ("In the federal judicial system trial and pretrial proceedings are ordinarily to be conducted in public."). As a general rule, the public is permitted 'access to litigation documents and information produced during discovery.'" *In re Roman Catholic Archbishop of Portland in Oregon*, 661 F.3d 417, 424 (9th Cir. 2011) (quoting *Phillips v. Gen. Motors Corp.*, 307 F. 3d 1206, 1210 (9th Cir. 2002) and citing *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1103 (9th Cir. 1999)). "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access' is the starting point." *Kamakana v. Cty. & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

Where the documents that the applicant seeks to seal relate to a non-dispositive motion, the applicant must satisfy a "good cause" standard by making a "particularized showing" that "specific prejudice or harm" will result should the information be disclosed. *Foltz*, 331 F.3d at 1131. Broad and unsupported allegations in support of a request to seal fall short of this standard. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir.1992).

**Discussion**

The Court finds that, for the reasons stated in Plaintiff's counsel's notice and request, there exists good cause to redact the declaration of Attorney Kermani. The Court further finds that, in the absence of redaction, Plaintiff Doe would suffer prejudice or harm regarding the protections afforded by her proceeding under pseudonym.

It is sufficiently clear upon review of the document (the declaration of Attorney Kermani) that redaction is appropriate and the Court finds the redacted portions of the copy filed by Plaintiff's counsel upon the docket as part of their reply (Doc. 29-2) are narrowly tailored to that purpose.

The Court will direct Plaintiff's counsel to lodge with the Court an unredacted copy of the declaration of Attorney Kermani for filing under seal.

**Conclusion and Order**

Accordingly, pursuant to Local Rule 141 and based upon the representations contained in Plaintiff's counsel's notice and request, IT IS HEREBY ORDERED that the unredacted declaration of Pinar Kermani shall be SEALED until further order of this Court.

It is FURTHER ORDERED within five (5) days of issuance of this Order, Plaintiff's counsel shall submit a copy of this Order, the request for sealing, and the document to be sealed (the unredacted declaration of Pinar Kermani) by email to the Operations Section of the Clerk of the Court:

ApprovedSealed@caed.uscourts.gov

IT IS SO ORDERED.

Dated:    **June 17, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3