UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JANE AC DOE,

Plaintiff,

v.

THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, *et al.*,

Defendants.

Case No. 1:25-cv-02017-KES-CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO PROSECUTE, TO COMPLY WITH COURT ORDERS, AND TO APPEAR FOR DEPOSITION

Doc. 52

Plaintiff Jane AC Doe commenced this action in state court with the filing of a complaint against Defendants The Church of Jesus Christ of Latter-Day Saints ("the Church"), Temple Corporation of the Church of Jesus Christ of Latter-Day Saints ("the Temple"), Corporation of the President of The Bakersfield California Stake ("Bakersfield Stake") (collectively, Defendants"), and Santa Barbara California Stake of The Church of Jesus Christ of Latter-day Saints. *See* Doc. 1. The Church and the Temple removed the action to this Court on December 26, 2025. *Id.*

On July 17, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the action for Plaintiff's failure to prosecute the case, failure to comply with the Court's orders, and failure to appear for deposition. Doc. 52. The magistrate judge noted that Plaintiff had failed to complete her deposition, failed to appear for her re-noticed deposition twice, and failed repeatedly to comply with the Court's orders. The magistrate judge found that there is little

available as a lesser sanction as the Court has issued daily monetary sanctions which continue to accrue due to Plaintiff's failure to pay the amount due, and evidentiary sanctions would not likely protect the Court from further expenditure of its scarce resources. *Id.* at 7-8. The magistrate judge evaluated the factors set forth in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002), regarding dismissal for failure to comply with a court order and recommended dismissal with prejudice as Plaintiff had willfully acted in flagrant disregard of the Court's orders. *Id.* at 6-10.

The Court served the findings and recommendations and informed the parties that any objections were due within 14 days. *Id.* at 9. The findings and recommendations advised the parties that failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id.* at 10 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). No party filed any objections and the time to do so has expired.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis. However, given the pending motion to remand, the court will dismiss this action without prejudice. The Court retains jurisdiction solely with respect to the orders imposing monetary sanctions upon Plaintiff and/or her counsel (*see* Docs. 36, 49).

///

///

///

///

///

///

///

///

///

///

///

Accordingly, the Court ORDERS:

1. The findings and recommendations, Doc. 52, issued on July 17, 2026, are ADOPTED, except that the dismissal is without prejudice.
2. The action is DISMISSED.
3. The Clerk of Court is directed to close the case.
4. The Court shall retain jurisdiction solely with respect to the orders imposing monetary sanctions upon Plaintiff and/or her counsel.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE